UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| J. GRAHAM ZAHORUIKO,<br>  Plaintiff<br><br>VS.<br><br>ANDREW C. METCALF, JUDGMENT<br>ACQUISTIONS UNLIMITED, LINDA<br>BROSSI-MURPHY, and DAVID A. BROSSI,<br>LIMITED PARTNERSHIP,<br><br>  Defendants | CIVIL ACTION:<br>NO.: 3:15-CV-00042 (VLB)<br><br><br><br><br><br><br><br>APRIL 16, 2015 |

**ANSWER TO COMPLAINT OF DEFENDANT, DAVID A. BROSSI, LIMITED PARTNERSHIP**

The Defendant, DAVID A. BROSSI, LIMITED PARTNERSHIP, by and through the undersigned counsel, for its Answer to the Complaint herein, denies each and every averment of the Complaint except as expressly set forth below and states:

1. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 1 and therefore denies same and leaves the Plaintiff to his proof.

**2.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 2 and therefore denies same and leaves the Plaintiff to his proof.

**3.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 3 and therefore denies same and leaves the Plaintiff to his proof.

**4.     Denies.**

**5.     Denies.**

**6.     Denies.**

**7.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 7 and therefore denies same and leaves the Plaintiff to his proof.

**8.     Admits.**

**9.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 9 and therefore denies same and leaves the Plaintiff to his proof.

**10.     Denies.**

      **a. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (a) and therefore denies same and leaves the Plaintiff to his proof.**

      **b. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (b) and therefore denies same and leaves the Plaintiff to his proof.**

      **c. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (c) and therefore denies same and leaves the Plaintiff to his proof.**

      **d. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (d) and therefore denies same and leaves the Plaintiff to his proof.**

          **i. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (d)(i) and therefore denies same and leaves the Plaintiff to his proof.**

          **ii. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (d)(ii) and therefore denies same and leaves the Plaintiff to his proof.**

               iii.  Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (d)(iii) and therefore denies same and leaves the Plaintiff to his proof.

        e.  Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (e) and therefore denies same and leaves the Plaintiff to his proof.

        f.  Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (f) and therefore denies same and leaves the Plaintiff to his proof.  Further denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (f)(i) and therefore denies same and leaves the Plaintiff to his proof.

        g.  Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 10 (g) and therefore denies same and leaves the Plaintiff to his proof.

    11.  Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 and therefore denies same and leaves the Plaintiff to his proof.

**a. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a) and therefore denies same and leaves the Plaintiff to his proof.**

**i. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a)(i) and therefore denies same and leaves the Plaintiff to his proof.**

**ii. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a)(ii) and therefore denies same and leaves the Plaintiff to his proof.**

**iii. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a)(iii) and therefore denies same and leaves the Plaintiff to his proof.**

**iv. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a)(iv) and therefore denies same and leaves the Plaintiff to his proof.**

**v. Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 11 (a)(v) and therefore denies same and leaves the Plaintiff to his proof.**

**12.** Denies.

**13.** **Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 13 and therefore denies same and leaves the Plaintiff to his proof.**

**14.** **Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 14 and therefore denies same and leaves the Plaintiff to his proof.**

**15.** **Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 15 and therefore denies same and leaves the Plaintiff to his proof.**

**16.** **Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 16 and therefore denies same and leaves the Plaintiff to his proof.**

**17.** **Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 17 and therefore denies same and leaves the Plaintiff to his proof.**

**18.** **Repeats and Re-alleges its Answers to Paragraphs 1-17 as though fully set forth herein.**

**19.     Denies.**

**20.     Denies.**

**21.     Denies.**

**22.     Denies.**

    **a. Denies.**

    **b. Denies.**

    **c. Denies.**

**23.     Denies.**

**24.     Repeats and Re-alleges its Answers to Paragraphs 1-23 as though fully set forth herein.**

**25.     Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 25 and therefore denies same and leaves the Plaintiff to his proof.**

**26.     Denies.**

**27.     Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 27 and therefore denies same and leaves the Plaintiff to his proof.**

**28.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 28 and therefore denies same and leaves the Plaintiff to his proof.

**29.** Denies.

**30.** Denies.

**31.** Repeats and Re-alleges its Answers to Paragraphs 1-23 as though fully set forth herein.

**32.** Denies.

**33.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 33 and therefore denies same and leaves the Plaintiff to his proof.

**34.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 34 and therefore denies same and leaves the Plaintiff to his proof.

**35.** Denies knowledge or information sufficient to form a belief as to the allegations of this Paragraph 35 and therefore denies same and leaves the Plaintiff to his proof.

**36.** Denies.

37. Denies.

38. Denies.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred, in whole or in part, because the Complaint fails to state a claim upon which relief can be granted pursuant to FED. R. CIV. P. 12(b)(6).

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff's are barred, in whole or in part, by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff's FDCPA claims fail to state a claim upon which relief can be granted because the subject debt was not a consumer debt, the Plaintiff is not a consumer debtor with respect to the subject debt, and, therefore, the FDCPA does not provide Plaintiff an available remedy.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by the doctrine of unclean hands.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff's CCPA claims fail to state a claim upon which relief can be granted because the subject debt was not a consumer debt, the Plaintiff is not a consumer debtor with respect to the subject debt, and, therefore, the CCPA does not provide Plaintiff an available remedy.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiff fails to state a claim upon which relief can be granted under the Connecticut Unfair Trade Practices Act.

### EIGHTH AFFIRMATIVE DEFENSE

The United States District Court for the District of Connecticut is an improper venue for this action.

        DEFENDANT,
        DAVID A. BROSSI, LIMITED PARTNERSHIP

By:  /s/  ct29447
        Roderick D. Woods, Esq.
        The Woods Law Firm, LLC
        100 Pearl Street
        14th Floor
        Hartford, Connecticut 06103
        Tel: 860-549-6275
        Fax: 860-371-3242
        rwoods@rdw-law.com
        Federal Bar #ct29447

## **CERTIFICATION**

I hereby certify that on April 16, 2015 a copy of the foregoing ANSWER was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served were:

                                By:_____/s/_ct29447_____
                                    **Roderick D. Woods, Esq.**
                                    **The Woods Law Firm, LLC**
                                    **100 Pearl Street**
                                    **14th Floor**
                                    **Hartford, Connecticut 06103**
                                    **Tel: 860-549-6275**
                                    **Fax: 860-371-3242**
                                    **rwoods@rdw-law.com**
                                    **Federal Bar #ct29447**