UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| J GRAHAM ZAHORUIKO | : |
| | : |
| | : NO. 3:15-CV-42 (VLB) |
| v. | : |
| | : |
| ANDREW C. METCALF | : |
| JUDGMENT ACQUISITIONS UNLIMITED | : |
| LINDA BROSSI-MURPHY | : |
| DAVID A. BROSSI LIMITED PARTNERSHIP | : |

## JUDGMENT

This action having come before the Court on a motion for judgment on the pleadings filed by defendants, Linda Brossi-Murphy and David A. Brossi Limited Partnership, before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling and order granting defendants' motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of defendants.

Dated at Hartford, Connecticut, this 5th day of December, 2016.

ROBIN D. TABORA, Clerk

By   /s/LL
Loraine LaLone
Deputy Clerk

EOD: 12/5/16